EXHIBIT A



# Educator Misconduct Complaint Form

### CONFIDENTIAL

Pursuant to the Educator Discipline Act, 24 P.S. § 2070.9, the filing of a written educator misconduct complaint ("complaint") with the Department of Education initiates the Department's review and investigation of an educator. Any person may file a complaint with the Department of Education. There is no limitations period for the filing of a complaint; however, you are strongly encouraged to file a complaint as soon as possible after learning of the educator's misconduct.

To file a complaint, send this completed form, along with any relevant materials to the Pennsylvania Department of Education via electronic mail, to RA-EDMisconduct@pa.gov, or regular mail, to the Office of Chief Counsel, 333 Market Street, 9th Floor, Harrisburg, PA 17126-0333.

## Educator Information

**Educator's Name:** ▮▮▮▮▮

**Educator's Place of Employment:** ▮▮▮▮▮▮▮▮▮▮

**Educator's Job Title or Position:** ▮▮▮▮▮

**Educator's Work Telephone Number:** ▮▮▮▮▮

**Educator's Work Address:** ▮▮▮▮▮▮▮▮

**Educator's Home Telephone Number:** ▮▮▮▮▮

**Educator's Home Address:** N/A

**Educator's Email Address:** ▮▮▮▮▮▮

**County and State Where Alleged Misconduct Occurred:** Allegheny County, Pennsylvania

**Reason for Complaint**: (Please check and complete)

☐      **Criminal Charge(s)**:  (Please list charge(s)/County/Court/Judge)

      Charge(s):

          County:

          Court:

          Judge:

☐      **Criminal Conviction(s)**: (Please list crime(s)/County/Court/Judge)

      Conviction(s):

          County:

          Court:

          Judge:

☒      **Conduct Inappropriate for an Educator** (Detailed information to be provided below.)

**Date of Educator's Misconduct**: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Date You Learned About the Conduct**: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Detailed Description of the Conduct**:

Please summarize the educator's conduct, providing specific examples of actions or words (attach additional sheets as necessary).  Any supporting documentation should be attached to the complaint.  Your description should answer the following questions:  What happened?  Who was involved?  When and where did the conduct occur?  Please also include the victim's name, age and brief description, if applicable.  Please also provide the names and contact information of any witnesses or other persons having information related to this matter.

If you have filed a complaint with any other entity such as the Pennsylvania Human Relations Commission, Children and Youth Services, U.S. Department of Education's Office for Civil Rights, Pennsylvania Department of Education's Bureau of Special Education, or have filed criminal or civil charges, please identify the entity and include with your educator misconduct complaint a copy of the complaint and/or charges.

Entity:

Date Complaint was Made:

If you have contacted the school entity's chief school administrator, school building administrators, or school oversight entity (i.e. school board, joint operating committee, board of directors) about this matter, please list the names of the individual(s) contacted, identify the position held by the individual(s) listed, and include with your complaint any documents such as letters or notes documenting your contacts.

Date Contact was Made:

## Complainant's Contact Information

Name and Address:

Email Address:

Telephone Number:                          (Specify Type: **Cell**/Home/Work)

**Alternate Telephone Number**:            (Specify Type: Cell/Home/Work)

**Best Time to Contact You**: Weekday after 4pm

## Verification

Under penalty of perjury, I certify that I am the person accessing and submitting the Department of Education's educator misconduct complaint form. I verify, subject to the penalties of section 4904 of the Pennsylvania Crimes Code (18 Pa.C.S. § 4904), relating to unsworn falsification to authorities, that the information above and the facts contained in this complaint and attachments are true and correct to the best of my knowledge. I understand that I can be prosecuted if I provide false or misleading information. I have agreed to submit this complaint by electronic means. By checking the box below and entering my name, I certify that all information on this form is true and correct. I also agree that by checking the box below and entering my name, I am creating an electronic signature. I understand that an electronic signature has the same legal effect and can be enforced in the same way as a written signature.

☒    I certify the above information is true and correct and I am the person submitting information.



9-5-2023

Signature of Complainant                Date

### Confidentiality Notice

The educator misconduct complaint process is confidential and any unauthorized release of confidential information is a misdemeanor of the third degree. **See** 24 P.S. § 2070.17(b). All information relating to complaints must remain confidential unless or until public discipline is imposed. Thus, the filing of a complaint, the Department's investigation of a complaint and the disposition of the complaint prior to the imposition of public discipline, as well as any and all information learned as a result of the Department of Education's investigation, is strictly confidential.

1. ***Resignation from*** ████████████████████████████████ ***position***



2. ***Violation Of Privacy***



1





- What was the reason for ▮▮▮▮▮ to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?

- Why are ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮?

- ▮▮▮▮▮▮▮ stated that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ **Who are** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮?

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ so why was ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮?

- Is it normal protocol for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮?

- Why was ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮?

- ▮▮▮▮▮▮▮▮ stated that ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ Who are the key people that need ▮▮▮▮▮ ▮▮▮▮?

- When will these issues of ▮▮▮▮▮▮▮▮ be addressed?

- I am requesting an investigation into the issues outlined above.

3. **_Investigatory Meeting_**



On ▮▮▮▮▮▮▮▮, I was ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮. The investigatory meeting took place ▮▮▮▮▮▮▮▮.

During the investigatory meeting, ▮▮▮▮ asked why ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. ▮▮▮▮▮ abruptly stated that this is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and I immediately stated that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮. ▮▮▮▮▮ stated that I was ▮▮▮▮. ▮▮▮▮▮ and I proceeded to discuss ▮▮▮▮▮▮▮▮▮▮

██████ ████████████████ . ██████ stated that this ██████████
████████ and refused to ████████████████ , which I deem
relative to the reasons that ████████████ . At that moment ████████ denied
████████████████████████ . Instead, ██
████ stated that he would ████████████████████████████████
████████████████████ . He also stated that ████████████████████
████████████████████████ , which I
declined and stated that ████████████████████████████████
████████████ .
████████ then issued a ████████████████████████
████████████████████████████████████████████
████████████████████ . I sent an email on ████████████ , replying
to the ████████████ and specifically requesting a meeting with ████████ along
with ████████████████████ . Please see the supporting documentation of
email correspondence below.



Email sent from me to ████████████████████████████████████ on
████████ , at ████ am.

During the investigatory meeting, I ████████████████████████████████████
████████████████████████████████████████████████



████████████████████████████. Also, ███████████ and I spoke about my ██████████████████████████████████, which includes:

- ████████████████
- ███████████████████
- ████
- ████████████████
- ███████████████████████████.

When ███████████ brought this ███████████████████████████████████, you refused to ███████████████████████████, noting that we would ████████

It follows that my ███████████████████████████████████ ████████. Per our discussion during this meeting, I would like to reiterate that ████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ █████████████████████. On the other dates in question in ██████████ that you provided, I may have ██████████████████████████████████ ████. ████████, I had the responsibility of █████████████████████ as well as ██████████████████████████████, which I did ████████████████████████. I would also like it to be noted that I do ███████████████ ██████████████████████████████████████ ████████████████████████████████████ ████████████████████████.

During the investigatory meeting, you asked me if I ████████████ ███████████ and I replied, "████". I would like to elaborate on ████████████████████████████████████. ████████████████████████████ include but are not limited to ████████ ████████████████████████████. I have never abandoned █████████████████████████ even though it is extremely challenging to ██ ████. In addition, the █████████████████████████████. -

Being that I am not ████████████████████████████, I submit that ██████████████████████████████. I consistently ████████

████████████████████████ because I am ████████
███████. ██████████████████████████████, I believe my record demonstrates that I
████████████████████████████████████. ████████████████████████
██████████████████████. I ask that any and all ████████████████████████
████████████████████████████████████████████. It follows
that I am requesting this information be included in my file to provide context and in response to
your email. I am also requesting that you ████████████████████████████
████████████ so that we can discuss the ████████████████████████████
████████████.
 I truly appreciate your time and consideration in this matter.


████████'s response to my email:

████████

To  ████████████████

Cc  ████████████████████████████                    ████████████████

Good morning, ████████:

████████████████████████████████████████████
████████████████████████████████

████████

████████████████████
████████████████████████
████████████████████

* This response offers evidence of ████████████████████████████
████████. Clearly stated throughout and in the final paragraph I requested ████████
████████████████████████████████████████
████████████████████████. This request was ignored by ████████, who ████████
████████████████████████████████, even after stating during the investigatory
meeting that he ████████████████████████████████████████████
I followed up with a response on the status of the investigatory meeting to ████████████,
and received the following response from ████████████████████:

████████████████████████████████████████████████
████████████████. Rather, ████████ issued a notice of ████████████████
████████████, "████████████████████████████████
████████████████████████████████████████████
████████..." Thus, as stated above, the matter is ████████████████████████.

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

**Questions-**
- What prompted [REDACTED]?
- I was not aware that the [REDACTED]
- When should I expect my request for [REDACTED]?
- Is it normal procedure to [REDACTED]?
- Why was the [REDACTED]?
- Whose responsibility was it to [REDACTED]?
- During the investigatory meeting [REDACTED] stated that, "[REDACTED]"

    a. Who [REDACTED]?

    b. How [REDACTED]?

    c. How [REDACTED]?

    d. Did I [REDACTED] that I was [REDACTED]?

    e. Did this particular person ask me why [REDACTED]?

    f. Is anyone else being [REDACTED]?

    g. Has any staff member other than me been [REDACTED]?

    h. Is there a particular reason why I was [REDACTED]? And if so, what is the reason? Who authorized [REDACTED]?

i. Is it normal protocol for a ████████████████████████
████████████████████████████████████████████
████████████████████████?

● What exactly does this mean that the ████████████████?

● Does this mean that there will not be a ████████████████████?

● I received no response to my request from ████████ to address ████████████████████████████████████████
████████████████████████. ████████████████████, ████
████████████████████████████████████████████
████████████████████████████████████████?

● Why am I ████████████████████████████████████
████████████████████████████████████?

● Why did it take ████████ after I inquired about the ████████████
████████████████████████████?

● What is the meaning of ████████████████████████████?

● I am requesting an ████████████████████████████.

The week of ████████████, a ████████████: the nature of the ████████
████████████████████████.
████████████████████.

● What is the status of ████████████████████?

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████

**Please see below the email correspondence from ████████ regarding his ████████ and ████████ for ████████████████████.**



To:

This message was sent with High importance.



- The emails above demonstrate that ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. This is a ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Did ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓? If not, then this is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

- I am requesting ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓.

- Why was there a ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Some teachers ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. It appears that said ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

- I am requesting ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. I never ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. I ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓, and I ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓.

- For these reasons noted above, I charge ▓▓▓▓ with ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

- I ask that you ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.



- ▇▇▇▇ has been ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇. During ▇▇▇▇▇'s absence and ▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, was designated by ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. The ▇▇▇▇▇▇▇ and the ▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. During ▇▇▇▇▇'s ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇.

- Has ▇▇▇▇ been subjected to ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇?

- Has ▇▇▇▇▇ been subjected to ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇? Who is responsible for ▇▇▇▇ ▇▇▇▇▇▇▇?

- Due to ▇▇▇▇'s ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, ▇▇▇▇ was ▇▇▇▇▇▇ to ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

- I am requesting an investigation into the issues outlined above.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇

I submit that I never ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ when my co-teacher ▇▇▇▇▇▇▇▇▇▇▇▇ in ▇▇▇▇▇▇▇. ▇▇▇▇▇ informed me and ▇▇▇▇ that we ▇▇▇▇▇▇▇ and ▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇. ▇▇▇▇▇ decided to issue me an informal observation on ▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. While ▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇.

- I am requesting an investigation as to why ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇.

  ***Please find below supporting documentation of*** ▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇.

4. ▇▇▇▇ has repeatedly refused to ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇. ▇▇▇▇ gave the directive to ▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇. On ▇▇▇▇▇▇, at ▇▇ am I emailed specific ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

11



responded:

responded:

Even though ▆▆▆▆ stated that he was unavailable due to ▆▆▆▆▆▆▆, he ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆.



You sent a meeting request

On ▮▮▮▮▮▮▮▮, at ▮▮▮▮▮ ▮▮▮▮▮ emailed the ▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. ▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮"



▓▓▓▓▓ did not respond to my reply to his email on ▓▓▓▓▓▓▓▓▓▓. (email below)

*Below shows the dereliction of* ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮.

▮▮▮▮▮ accepted an invitation on ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.



▮▮▮▮▮ accepted an invitation on ▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮. The parent repeatedly asked ▮▮▮▮▮▮▮▮▮▮
▮▮▮. ▮▮▮▮▮ was ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮.

Organizer

● According to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮?

● According to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮. ▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮?



- According to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮?
- According to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮?
- I am requesting an investigation as to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

The week of ▮▮▮▮▮▮▮▮ a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮.

- I have not been made aware of ▮▮▮▮▮▮▮▮▮▮▮. What is ▮▮▮
▮▮▮▮▮▮▮?

5. ▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮
A. ▮▮▮▮▮▮▮▮
B. ▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮.
C. ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮,
D. ▮▮▮▮▮▮▮▮▮▮;
E. ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮t.

Furthermore, ▮▮▮▮▮ ignored ▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮-▮▮▮.

According to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

16



As I do agree with ████████'s statement, I submit that ████████'s ████████ ████████████████████████

A.  ████████ in concert with ████████████████████████████████████████

B.  ████████ failed to ████████████████████████████████████

C.  On ████████████, after the ████████████ ████████████████

D.  ████████ failed to address ████████████████████████████

On ████████████, at ████████ ████████ emailed me stating, "████████████████████████████████

• Was ████████ aware of and does he understand the importance of ████████████████████████████?

• From my knowledge a ████████████████████████████████████████.

████████████████████████████████████████?

• Does the use of ████████████████████████████████?

• Are ████████████████ required to ████████████████████? If so, to what capacity?

The week of ████████████, a grievance was filed: ████████████████████.

17

Nature of Grievance: ██████████████████████████████████
██████████████████████████.

- I have not been made aware of the status of the ███████████████████. ████████
██████████████?

- When will this particular matter be addressed?

- When and under what circumstances do my professional obligations to the school/school
district take precedence over ███████████████████?

- When and under what specific circumstances does ███████████████████████
███████████?

- ██████ ignored ██████████████, ██████████████████, and refused
to █████████████████████████
████████████████████?

- Is it normal █████████████████████████████████████
███████████████████████?

- What is the specific reason that I was not allowed to ██████████████████████
████████████████████?

- Why was I denied the opportunity by ████████████████████████████████
███████████████?

- Why was I denied reasonable accommodations at ██████████████████?

As ████████ stated above on ██████████, "███████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████"

All students are entitled to a ████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
█████████████████████.

- As every student is entitled to a ███████████████████████████████
████████████████████████████████?

- If the answer to the above question is yes, where in the ████████████████████
████████?



- The student who ███████████████████████████████████
████████████, ██████████████████████████████████████
██████████████████████████████████████?
- If this particular student was ████████████████████████████
█████████████████████████████████?
- As this student is entitled to ████████████████████████████
█████████████████████████████?

6. Since ██████████ I have been attempting to █████████████████
██████████████████████████████████, ██████████████████████
██████████████████████████. On ██████████████, I reported to ██████████ the
█████████████████████████████. ████████████, one of the ████████████████████
████████████. This █████████████████████████████████████████
██████████████████████████████ I reported this
███████████████████ and expressed the urgent need for ██████████ to address
this situation, to ████████████████████████████████████████
███████████. On ██████████████, ██████████████████████████████████
██████████. A meeting to discuss the █████████████████████████████
██████████████████████████.

- Is there a ███████████████? If so, what does this ████████████████?
- Since ██████████████, what was the reason this issue has not been addressed with this ██████████
██████████████████████████████████?

7. **_Correspondences for_** ████████████████████████
During ██████████████ emails were sent to ██████████ and ██████████████████
██████████. On ██████████ I sent an email to ██████████, and the ████████████
████████████████████████████████████████████████████████████████████
██████████████.
There has been a ███████████████████████. ██████████ and I completed a ██████████
██████████████████████████████████. Even though ████████████████████████████
█████████████████████████████████. met
with me to ████████████████████████████████████████████████████████
██████████████████████████████████████. ██████████ and I spoke to ██████████
██████████, and ██████████████████████████████████████. ████████████████████████
██████████████████████████████████████████████.



? We are all very busy but by not addressing

On ████████ ████████ ─

On ████████ email

On ████████████████ responded by email:



- Since I have been an employee at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ . The meetings are ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ , and I am baffled how ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓?

- ▓▓▓▓▓▓▓▓▓▓▓ stated in her email that she thought I would be ▓▓▓▓▓▓▓▓▓▓▓ . As I discussed ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ . Also, when I briefly spoke to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I would like to inquire why ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ .

21

- The presentation of the issues regarding the ██████████████████████████ ████████████████████████████████████████ ████████████████████████████████████?

- What other ██████████████████████████████████████████?

- Are there any ████████████████████████████████████████ ████████████████████?

- If there are ████████████████████████████████████████ ████████████████████████████████?

- My question above in my email on ██████ went unanswered by ████████ and ██ ████████ as to when will a ████████████████████ ██████████████████████████. What is the reason for ████████ ██

  ████████████████████████████████████████████ ████████████. ████████████████████████████████████ ████████████████████████████████████████. A correspondence for ██████ was emailed on ██████████, due to ██████████.

- Was this correspondence sent out to address ████████████████ ████████████?

- After my email correspondence, what was ████████████████████████████?

- What is the reason for ████████ and ████████ not addressing these ████████ ████████████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████?

- I request ████████████████████████████████████ ██. I would also like ████████████████████████ ████████.

  8.  ████████  *were reported to the* ████████
     ████████

     On ████████, I arrived at the ████████████████ ████████████████████████████████. I arrived at the ████████████████████████████████. When I asked for the ████████████████████████████████████. I left
     the ████████████████████████████████████████ ████████████████████████████. ████████ was again unable to ████████████████████████████████████. I
     introduced myself to ████████████████████████

██████████████████████████████████████████
████ ██ ████████ asked ███████████████████████████ ██
█████ questionably stated, ███████████████ █ █████████ asked me to ███
███████████████████████████. Also, █████████
███████████████████████████████████████████████
████████ ██.

On ███████████, ██████████ sent correspondence to █████████ and the ████████
████████████████████ outlining several issues regarding:

    i.   █████████████████████████████████████████
              ████████████████████████,

    ii.   ███████████████████████████████,

    iii.  ████████████████████████████████████,

    iv.  ████████████,

    v.   ██████████████████████████████
              ███████████████████████.

On ███████████, at ████████ I emailed the ██████████████
████████████████████████████████████ (email below):

████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████
██████████████████████████████████
█████████████

On ███████████, at █████████████████ emailed me and ccd █████████████:
███████████████████████████████████████████
███████████████████████████████████████████
███████████████

My email to ████████████████████████████ on █████████ at ████████:

    1.  ████████████████████████████████████
       ██████████████████████████████████
       ████████████████████████



2. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓.

3. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓.

4. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓.

5. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓.

Also, please provide a copy of the ▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. I have been ▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Due to
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Any information you can provide regarding actions you believe ▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Instead, ▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓, and she has been notified that ▓▓▓▓▓▓▓
▓▓▓▓▓▓▓. ▓▓▓▓▓▓▓▓▓ also forwarded your correspondence to the ▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

On ▓▓▓▓▓▓▓, ▓▓▓▓▓▓▓▓▓▓▓▓▓ sent an email ▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. ▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓. Please advise me forthwith ▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓. Until it acts, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Please
advise.

▓▓▓▓▓▓▓▓▓▓▓▓▓ sent an email on ▓▓▓▓▓▓▓, stating that the ▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. The district also willingly decided to ▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓.

● Even though the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓?

● What ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓?

● When will this particular matter be addressed?

● How and under what circumstances does the district ▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓?

24

- When will the questions be answered/explained in the above outline addressed to the ▇▇▇▇▇
  ▇▇▇▇▇▇▇▇▇▇▇▇▇?
- Why was ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇? This incident by ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
  ▇▇▇▇▇▇.
- How does the district ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇?
- How could I proceed with the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
  ▇▇▇▇▇?
- ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇?

9. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇





• Were administrators required to ███████████████████████████████
████?

This toxic and hostile working environment has impacted me ██████████████
██████. ████████████████████████████████████████████████████
████████████████████████████████████████████████████████ I
have been functioning in an ██████████████████████████████

27



███████████████████████████. ██████████████████
██████████████████████████████████████████████.

██████████████████████████████████████████████████
██████████████████████████████████████████████████

███████████████████████████. I had formally requested a ████████
████████████████████. This request was denied and instead of a ████████
████████████████████████████. I was notified that I would
have to ██████████████████████████████████████████████
████████████████████████. I received this information after ████████
██████████████████████████████████████████████████
████████████████████████. In ████████, I requested a ████████████
██████████████████████████████.

██████████████████████████████████████████████████
██████████████████████████████████████████

██████████████████████. ████████ has demonstrated a ████████
██████████████████████████████████████████████████
█████████.

██████████████████████████████. In essence, I am ████████
████████████████████████████████. For instance,
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████

████████. I do not know if this is due to the fact that ████████████████████████
██████████████████████████████████████████████████
██████████████████████████. I am a ████████████████
██████████████████████████. There are many parts of ████████
██████████████████████████████. During the month of ████████, after I
inquired about my ████████████████████████████████████████
██████████████████████████████,
I do believe that ████████████████████████████████████████
██████████████████████████████████████.

I have experienced the ██████████████████████████████████
██████████████████████████████. ████████████████

28



I have ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Any attempts ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓



To date, as noted in this

Thank You,